# Court of Appeals
# of the State of Georgia

ATLANTA, April 21, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1552. LOU D. BROWN et al. v. RICHARD L. BRATTON et al.

In this action for breach of contract, fraud, and other claims, the trial court entered a final judgment in favor of the plaintiffs on February 21, 2024. Lou Brown, one of the defendants, filed a motion to set aside the judgment under OCGA § 9-11-60 (d), which the trial court denied on February 27, 2025. Brown then filed a notice of appeal on March 26, 2025. We lack jurisdiction.

An appeal from an order denying a motion to set aside a judgment under OCGA § 9-11-60 (d) must be made by application for discretionary appeal. See OCGA § 5-6-35 (a) (8); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Brown's failure to file a discretionary application deprives this Court of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 04/21/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*